COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-489-CV

 

IN RE ALLEN SAMUELS
ENTERPRISES, INC., ET AL.                   RELATORS

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

TERRIE LIVINGSTON

JUSTICE

 

 

PANEL: 
LIVINGSTON and MCCOY, JJ.

 

DELIVERED: 
January 6, 2009 











    [1]See
Tex. R. App. P. 47.4.